THE STATE OF NEW YORK v. JOHN MOESEL. (E) THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD R. COE. (F) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MOORE.— [In each action] Motion granted and time for argument of appeal enlarged to include November 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY SENZARINO, Appellant.— Motion granted and time for argument of appeal enlarged to include October 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS MARLOWE, Appellant.— Motion granted and appeal dismissed as not timely.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE CAPUANO, Appellant.— Motion granted to appeal on judgment roll, stenographic minutes, five typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE M. DOWNING, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE FRALICK, Appellant.— Application for a stay granted and trial stayed pending hearing and determination of appeal; appeal added to Day Calendar, September 13, 1961. (Order entered Sept. 13, 1961.)

■ HARRY G. OLSON, Appellant, v. RAMONA M. OLSON, Respondent.— Stay granted pending hearing and determination of appeal, on condition records and appellant's briefs are filed and served on or before September 28, 1961, and case set down for argument on October 17, 1961.

■ ERNEST MILLER et al., Respondents, v. C. M. BAY, Appellant.— Stay granted pending hearing and determination of appeal.

■ VINCENT ZAGARRIGO, Petitioner, v. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Stay granted pending hearing and determination of appeal; appellant permitted to file typewritten reply brief and case set down for argument on Wednesday, September 20, 1961.

■ In the Matter of HILTON HOTELS CORP., Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.— Stay granted pending hearing and determination of appeal.

■ KENNETH F. REISS et al., Doing Business as REISS GAME PRESERVE, Respondents, v. DICK MILLER, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before October 20, 1961.

# (September 21, 1961)

■ PHYLLIS M. GIORDANO et al., Appellants-Respondents, v. ALICE R. PERRY et al., Respondents-Appellants.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.